740 A.2d 629

IN THE MATTER OF RUSSELL J. CARBONE,
AN ATTORNEY AT LAW.

November 17, 1999.

## ORDER

**RUSSELL J. CARBONE** of **KEW GARDENS, NEW YORK,** who was admitted to the bar of this State in 1980, having been convicted in the United States District Court for the Southern District of Florida on an Indictment charging him with conspiracy to obstruction of justice, (18 *U.S.C.A.* 371); subornation of perjury (18 *U.S.C.A.* 1622); obstruction of justice (18 *U.S.C.A.* 1503); and false declarations before a court (18 *U.S.C.A.* 1623), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **RUSSELL J. CARBONE** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **RUSSELL J. CARBONE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **RUSSELL J. CARBONE** comply with *Rule* 1:20–20 dealing with suspended attorneys.